Form Number LR 3015-1 A (12/15)

# AMENDED CHAPTER 13 PLAN

Case No.: 16-70233

Debtor(s): Joseph M. Powell    SS#: xxx-xx-6624    Net Monthly Earnings: 439.17
                               SS#:                Number of Dependents: 2

1. Plan Payments:
   ( X ) Debtor(s) propose to pay direct a total of $ __440.00__ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   Length of plan is __60__ months, and the total debt to be paid through the plan is $ __26,579.00__.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ __3,000.00__ ; $__250.00__ pai(d) pre-petition; $__1,200.00__ to be paid at confirmation and $__100.00__ per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows: 1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE | $89,616.28 | ☑ by Debtor $638.92 | 3/2016 | $17,705.62 | 24 | 0.00% | $295.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| TITLE MAX | $0.00 | $1,000.00 | $1,500.00 | $0.00 | 2000 FORD F-150 PRESENTLY INOP. | 4.25% | $18.53 | *** |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:    *** AT OR AFTER CONFIRMATION

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Alabama Credit Union | $19,225.03 | | 2011 Toyota Tundra | PMTS PAID OUT OF DISABILITY INSURANCE |
| Alabama Credit Union | $1,978.86 | | 2002 Ford Expedition | PMTS PAID OUT OF DISABILITY INSURANCE |
| Alabama Credit Union | $3,630.85 | | 2003 Hyundai Santa Fe | PMTS PAID OUT OF DISABILITY INSURANCE |
| Alabama Credit Union | $839.33 | | Security Agreement | PMTS PAID OUT OF DISABILITY INSURANCE |
| Alabama Credit Union | $1,042.69 | | Security Agreement | PMTS PAID OUT OF DISABILITY INSURANCE |
| Alabama Credit Union | $987.18 | | Security AGreement | PMTS PAID OUT OF DISABILITY INSURANCE |

IV. Special Provisions (check all applicable boxes): ☑ This is an AMENDED plan replacing plan dated February 12, 2016. ☑ This plan proposes to pay unsecured creditors __100__ % ☑ Other Provisions:(1) Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Company's efforts to collect pre-petition and post-petition utility service debt. 2. Debtor proposes 4.25% interest to any creditor determined to be secured which was originally listed as unsecured or inadvertently omitted. 3. Debtor proposes to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action.

Attorney for Debtor Name/Address/Telephone #    Dated: March 28, 2016    /s/ Joseph M. Powell
John E. Bockman                                                          Joseph M. Powell
                                                                         Signature of Debtor
2601 7th Street
Tuscaloosa, AL 35401
   205-750-0043 FAX: 750-0406
   mail@bockmanlaw.com

## CERTIFICATE OF SERVICE

Attorney for Debtor certifies that this Amended Plan has been mailed U.S. Mail, postage pre-paid to all creditors on the attached matrix. This, the 28th day of March, 2016.

JOHN E. BOCKMAN, ATTORNEY FOR DEBTOR

Label Matrix for local noticing
1126-7
Case 16-70233-JHH13
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Mon Mar 28 15:31:39 CDT 2016

ALABAMA CREDIT UNION
220 PAUL W BRYANT DR
TUSCALOOSA, AL 35401-2007

Alabama Credit Union
c/o Mark C. Nelson
PO Box 1788
Tuscaloosa AL 35403-1788

John E Bockman
John E. Bockman PC
601 7th Street
Tuscaloosa, AL 35401-1803

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

DCH MEDICAL CENTER
C/O DISHUCK & LACOSTE PC
PO BOX 20677
Tuscaloosa, AL 35402-0677

Dawn W. Powell
14642 Lewis Road
Tuscaloosa, AL 35406-9206

NATIONSTAR MORTGAGE
PO BOX 619094
Dallas, TX 75261-9094

NORTHPORT HOSPITAL DCH
C/O DISHUCK & LACOSTE
PO BOX 20677
Tuscaloosa, AL 35402-0677

PLAIN GREEN
PO BOX 204271
DALLAS, TX 75320-4271

Joseph M Powell
14642 Lewis Road
Tuscaloosa, AL 35406-9206

Steering Committee
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

TITLE MAX
720 SKYLAND BLVD E
TUSCALOOSA, AL 35405-4039

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13